United States Bankruptcy Court
District of Maryland

*FILED 2018 JUL -5 PM 1:14 U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND GREENBELT*

In Re: Carolyn Odean Brown     Case Number: 18-17978

Debtor(s)     Chapter: 7

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/02/2018     Signature of Debtor(s): /s/ Carolyn Odean Brown

/s/

Portifolio Recovery
120 Corporate Blvd.
Norfork, Va 23502

Nationwide Recovery Services (Kaiser)
P.O. Box 8005
Cleveland TN 37320

Phoenix American Medical Response
145 Technology Parkway STE 100
Peachtree Corners, GA 30092-2913

Debt Recovery Solutions Verizon
Tidewater Finance Co,
6520 Indian River Rd
Virginia Beach, VA 23464

SYNCB/JC Penney
P.O. Box 965007
Orlando, Fl 32896

United States Bankruptcy Court
District of Maryland

In Re: Carolyn Odean Brown          Case Number: 18-17978
Debtor(s)

Chapter: 7

$31.00
#20104579

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/02/2018          Signature of Debtor(s): /s/ Carolyn Odean Brown

/s/

Diverstfied Consultnts
P.O. Box 551268
Jacksonville Fl. 32255

Credit Control Corporative
11821 Rock Landing Drive
Newport News, VA 23612

Jefferson Capital System
16 Mcleland RD
Saint Cloud, MN 56303

Macy's Department Store
P.O. Box 8218
Mason, OH 45040

Forest Springs Condominium Inc c/o Zalco Realty
(HOA FEE ONLY)
8701 Georgia Avenue
Silver Spring, MD 20910-3713

Portifolio Recovery Services (Kaiser)
P.O. Box 8005
Cleveland TN 37320

COB

2018 JUL -5 PM 1:14
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

DIVERSTFIED CONSULTNTS

PO BOX  551268

JACKSONVILLE FL 32255


CREDIT CONTROL CORPORATIVE

11821 ROCK LANDING DRIVE

NEWPORT NEWS, VA 23612


JEFFERSON CAPITAL SYSTEM

16 MCLELAND RD

SAINT CLOUD, MN 56303


MACY'S DEPARTMENT STORE

PO BOX 8218

MASON, OH 45040


FOREST SPRINGS CONDOMINIUM INC C/O ZALCO REAL (HOA FEE ONLY)

8701 GEORGIA AVENUE

SILVER SPRING, MD 20910-3713


PORTFOLIO RECOVERY

120 CORPORATE BLVD

NORFORK, VA 23502


NATIONWIDE RECOVERY SERVICES KAISER

PO BOX 8005

CLEVELAND TN 37320


PHOENIX AMERICAN MEDICAL RESPONSE

145 TECHNOLOGY PARKWAY STE 100

PEACHTREE CORNERS, GA 30092-2913


DEBT RECOVERY SOLUTIONS VERIZON

TIDEWATER FINANCE COMPANY

6520 INDIAN RIVER RD

VIRGINA BEACH, VA 23464


SYNCB / JC PENNY

PO BOX 965007

ORLANDO, FL 32896